UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,              :
:
    -v-                                :    13-CR-777-2 (LJL)
:
TARIQ GILL,                            :    ORDER
:
        Defendant.                 :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Defendant filed a Motion to Reduce Sentence pursuant to 18 U.S.C. §3582(c)(1)(A) and U.S.S.G. §1B1.13 at Dkt. No. 209. The Government is directed to respond to the motion by August 19, 2022.


    SO ORDERED.

Dated: August 4, 2022
       New York, New York

                                              LEWIS J. LIMAN
                                        United States District Judge